JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; LOS ANGELES ELECTRICAL WORKERS CREDIT UNION; CONTRACT COMPLIANCE FUND; and NATIONAL ELECTRICAL INDUSTRY FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> HARRY J. MARTIN, an individual doing business in California as "Martin & Sons", <br><br> Defendant. | Case No.: SACV 10-01986 CJC (JCGx) <br><br> Assigned to the Honorable Cormac J. Carney <br><br> **[Proposed] JUDGMENT** |

Upon application by Plaintiffs herein for a default judgment pursuant to Fed. R. Civ. Proc. 55(b), and it appearing to the Court that the default of defendant was entered on January 31, 2011, in the office of the Clerk of this Court; and that no proceedings have been taken by the Defendant since default was entered, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles

1

County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Los Angeles Electrical Workers Credit Union, Contract Compliance Fund, and National Electrical Industry Fund, shall recover from Defendant Harry J. Martin, an individual doing business in California as "Martin & Sons," the principal amount of $24,736.55, costs of suit in the amount of $638.25, and attorneys' fees in the amount of $9,720.50, together with post-judgment interest as provided by law.

DATED: July 19, 2011

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE